# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Roselynd Nash,

        Plaintiff,                  Civil No. 09-1437 (RHK/RLE)

vs.

                                     **ORDER**

Gornick's, Inc., d/b/a Jubilee Foods,

        Defendant.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: June 18, 2009

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge